```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JOHN WAYNE BRIDGEWATER                                      PLAINTIFF

       v.              Civil No. 11-5107

TONI PIRONI, Public Defender                                DEFENDANT

## O R D E R

Now on this 16th day of May, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #3), and plaintiff's **Objections** thereto (document #4), and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and it will be adopted *in toto*. The Objections do not fairly meet the substance of the Report And Recommendation, and they will be overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's **Objections** are **overruled**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is **dismissed**.

**IT IS FURTHER ORDERED** that the Clerk of court place a **§ 1915(g)** strike flag on this case.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE